IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01277-REB-BNB

WILLIAM MOSSI,
LOIS MOSSI, and
LINDA L. WILLIAMS,

Plaintiffs,

v.

UNITED STATES FOREST SERVICE, and
THE EMPLOYEES OF THE U.S. FOREST SERVICE, MONTROSE, CO. 81401

Defendants.
_____

**ORDER**
_____

The plaintiffs commenced this action on July 11, 2005, by filing a paper entitled "Motion, for Permanent Injunction Against the U.S.F.S. and the Employees of the U.S.F.S. for their Illegal Actions Against Linda L. Williams, Bill Mossi and Other Party's [sic] to the Williams Gold Mining Claims in Ouray Co. 81427.  Patents Filed and Paid Jan. 1. [sic] 1999. Also Paid Fees to Sept. 1, 2006 Valid by B.L.M. Lakewood, Co. St. Office" (the "Complaint").

IT IS ORDERED that on or before **November 8, 2005**, the plaintiffs shall effect service upon the defendants pursuant to Rule 4, Fed. R. Civ. P.

IT IS FURTHER ORDERED that the plaintiffs shall file proof of service with the Court on or before **November 14, 2005**.

Dated July 19, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge

Dated July 19, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge