IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01277-REB-BNB

WILLIAM MOSSI,
LOIS MOSSI, and
LINDA L. WILLIAMS,

Plaintiffs,

v.

UNITED STATES FOREST SERVICE, and
THE EMPLOYEES OF THE U.S. FOREST SERVICE, MONTROSE, CO. 81401

Defendants.
_____

**ORDER**
_____

The plaintiffs commenced this action on July 11, 2005, by filing a paper entitled "Motion, for Permanent Injunction Against the U.S.F.S. and the Employees of the U.S.F.S. for their Illegal Actions Against Linda L. Williams, Bill Mossi and Other Party's [sic] to the Williams Gold Mining Claims in Ouray Co. 81427. Patents Filed and Paid Jan. 1. [sic] 1999. Also Paid Fees to Sept. 1, 2006 Valid by B.L.M. Lakewood, Co. St. Office" (hereafter the "initial filing"). I have reviewed the initial filing. It generally is an indecipherable compilation of materials. In this case, however, it appears to be serving the function of the plaintiffs' complaint. This is consistent with Fed. R. Civ. P. 3, which provides that "[a] civil action is commenced by filing a complaint with the court." Consequently, I will construe the initial filing as a complaint, not as a motion, and the court's docket sheet should be modified to reflect this fact. Accordingly,

IT IS ORDERED that the Clerk of the Court is directed to docket the initial filing as a Complaint.

Dated January 4, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge