**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01277-REB-BNB

WILLIAM MOSSI,
LOIS MOSSI, and
LINDA L. WILLIAMS,

    Plaintiffs,

v.

UNITED STATES FOREST SERVICE and
THE EMPLOYEES OF THE U.S. FOREST SERVICE, MONTROSE, CO, 81401

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Order and Recommendation of the United States Magistrate Judge** [#13], filed January 4, 2006. No objections having been filed to the recommendation, I review it only for plain error. *See **Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] I have considered carefully the recommendation, the objections, and the applicable case law. The recommendation is detailed and well-reasoned. Finding no error, much less plain error, in the magistrate judge's reasoning and recommended disposition, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be

---

[1] This standard pertains even though plaintiffs are proceeding *pro se*. **Morales-Fernandez**, 418 F.3d at 1122.

approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order and Recommendation of the United States Magistrate Judge** [#13], filed January 4, 2006, is **APPROVED AND ADOPTED** as an order of this court;

2. That the claims of plaintiffs William Mossi and Lois Mossi are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute, insufficiency of service of process, failure to effect timely service of process, and failure to comply with the Order to Show Cause issued by the United States Magistrate Judge; and

3. That plaintiffs William Mossi and Lois Mossi are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated January 23, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**