## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 05-cv-01277-REB-BNB

LINDA L. WILLIAMS,

    Plaintiff,

v.

UNITED STATES FOREST SERVICE and
THE EMPLOYEES OF THE U.S. FOREST SERVICE, MONTROSE, CO, 81401

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF
## UNITED STATE MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#20], filed March 23, 2006.  I overrule plaintiff's objections, approve and adopt the recommendation, and dismiss plaintiff's claims.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendations to which cognizable objections have been filed, and have considered carefully the recommendations, objections, and applicable case law.  In addition, because plaintiff is proceeding *pro se*, I have construed her pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  *See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).  The recommendation is detailed and well-reasoned.  Plaintiff's objections are imponderous and without merit.  Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate

judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#20], filed March 23, 2006, is **APPROVED AND ADOPTED** as an order of this court;

2. That plaintiff's objections to the recommendation, entitled **Motion For Appellate Review** [#21], filed April 3, 2006, are **OVERRULED** and **DENIED**;

3. That plaintiff's claims are **DISMISSED** for failure to prosecute, failure to effectuate timely and proper service, and failure to comply with the duly entered orders of the court.

Dated April 7, 2006, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge